**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**UNITED STATES OF AMERICA,**
      **Plaintiff**

                                    Case No. 18-cr-20224

**v.**                                    Hon. Laurie J. Michelson
                                    United States District Judge

**D-1   LARRY HOLLEY,**
        **Defendant,**

================================================================================

**PETITION TO DEFER SURRENDER DATE TO JANUARY 18, 2022 FOR REASONS OF MEDICAL APPOINTMENTS AND FOLLOW-UP WORK**

**NOW COMES DEFENDANT LARRY HOLLEY,** by Counsel petitioning:

1. This Court pronounced sentence in October, 2021, with surrender date to be set by appropriate authorities tasked with arranging incarceration.

2. Defendant and Counsel brought this Court's attention to Defendant's many medical concerns, including life-threatening kidney and heart conditions.

3. At sentencing, the Court assured that both the Court and authorities tasked with arranging incarceration would be mindful of Defendant's health needs.

4. Defendant has established appointments with medical specialists concerning kidney and heart conditions, now slated for dates extending through current month of December, 2021, with latter appointment currently slated for the 28th day of December, 2021 (copies of appointment cards attached hereto).

5. On information and belief, it is advised that a brief period of two to three weeks is advised for observation and follow up following said appointments.

6. Proper follow-up is essential in order to enable Defendant to undergo safe transition from current treatment protocols to those needed in incarceration.

7. This post-appointment observation period would translate to a surrender date in mid-January, with the first business day following the middle of January being Tuesday, January 18, 2022 (the day after MLK, Jr. holiday of 1/17/22)

8. Defendant is currently scheduled for a surrender date in mid-December 2021

9. Were Defendant obliged to surrender as currently scheduled, he would be unable to attend either scheduled appointment or undergo proper follow-up, which in turn creates substantial risk of irreparable harm to his health or life.

10. On the other hand, neither the United States nor any victim identified herein stands to suffer any prejudice or harm by deferring surrender as proposed.

11. December 2, 2021 opponent e-mail confirmed no objection to this Petition.

*WHEREFORE, Defendant LARRY HOLLEY implores this Court to grant this Petition and to enter its Order deferring surrender date to January 18, 2022 or as close as possible to said date, and to grant other appropriate relief.*

Dated: November 30, 2021

Respectfully submitted,
*/s/ F Anthony Lubkin*
F. Anthony Lubkin (P32740)
Attorney for Defendant Holley
4844 Apache, Owosso, MI 48867
(248) 496 5222 lubkin@charter.net

## CERTIFICATE OF SERVICE

Undersigned Counsel confirms that this document was e filed and therefore served on all parties/counsel of record on or about 3 December, 2021.

                                      Respectfully submitted,

Dated: December 3, 2021           */s/ F Anthony Lubkin*
                                          F. Anthony Lubkin (P32740)
                                          Attorney for Defendant Holley
                                          4844 Apache, Owosso, MI 48867
                                          (248) 496 5222 lubkin@charter.net